FILED
2026 Aug-19 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIFFANY HARRIS, on behalf of herself and others similarly situated,** | ) | |
| ***Plaintiff,*** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 26-cv-332** |
| **CORDOBA LEGAL GROUP PLLC,** | ) | |
| ***Defendant.*** | ) | |

---

**DEFENDANT CORDOBA LEGAL GROUP PLLC'S
EVIDENTIARY SUBMISSION IN SUPPORT OF
MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

---

Cordoba Legal Group PLLC, ("Defendant") submits the following exhibits in connection with its forthcoming Motion to Compel Arbitration and to Stay Proceedings.

Ex. 1 Declaration of Alfredo Cordoba for Cordoba Legal Group, PLLC

Ex. 2 Declaration of Jose Ramirez for Debts Relief

Defendant submits these exhibits pursuant to Section VII of the Court's Initial Order (Doc. 14 at p.7) ("Evidence cited in a brief must be filed in CM/ECF before a party files a brief to enable the party to cite to the evidence by CM/ECF document and page number."). Because these exhibits contain personally identifiable

information of the Plaintiff, they have been filed with such information redacted. Unredacted copies will be sent separately to the Court and counsel of record upon submission of Defendant's motion and supporting memorandum of law.

Respectfully submitted,

*/s/ Stanley E. Graham*

Stanley E. Graham (ASB-8646-H25S)
Pierson Ferdinand, LLP
Mail: 73 White Bridge Rd.
Suite 103, PMB 352
Nashville, TN 37205
(615) 965-7831 (Telephone)
stan.graham@pierferd.com

*Counsel for Defendant*
*Cordoba Legal Group, PLLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon:

Anthony Paronich, Esq.
PARONICH LAW, PC
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

James Matthew Stephens, Esq.
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
205-939-0199
Fax: 205-939-0399
Email: mstephens@mtattorneys.com

*Counsel for Plaintiff*

on this 19th day of August, 2026.

*/s/ Stanley E. Graham*
Stanley E. Graham