FILED
2026 Aug-19 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HARRIS, on behalf of herself and others similarly situated, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | CIVIL ACTION NO. 26-cv-332 |
| CORDOBA LEGAL GROUP PLLC, | ) | |
| *Defendant*. | ) | |

**DECLARATION OF ALFREDO CORDOBA**
**FOR CORDOBA LEGAL GROUP, PLLC**

1. My name is Alfredo Cordoba. I make this declaration on behalf of Cordoba Legal Group, PLLC in support of Defendant's Motion to Compel Arbitration of the case filed by Tiffany Harris' ("Plaintiff").

2. I am over eighteen years of age, have never been convicted of a felony or a crime of moral turpitude, and I am competent to provide the testimony herein.

3. I am the Managing Partner of Cordoba Legal Group, PLLC ("CLG"), and I am the custodian of records for CLG, or am otherwise familiar with and qualified to testify regarding CLG's practices for creating, receiving, and maintaining its business records, including records received from marketing vendors such as DRM Marketing, LLC.

4. I have personal knowledge of the matters set forth herein, including CLG's practices for obtaining consumer leads from marketing vendors, receiving and

maintaining records related to those leads, and CLG's use of consumer contact information, and if called upon to testify, I could and would competently testify to the matters stated herein.

5. CLG is a law firm that practices in debt defense and negotiation, litigation, estate planning, tenant/landlord disputes, and contract law.

6. CLG obtains contact information for persons who have expressed interest in retaining CLG to assist them with debt-relief services.

7. CLG obtains those persons' contact information from marketing vendors. One of those marketing vendors is DRM Marketing, LLC.

8. DRM Marketing may, from time to time, retain its own vendors who generate leads from persons who express interest in debt-relief services.

9. One of the lead generators that DRM Marketing retained is DebtRelief.

10. CLG received the contact information for Tiffany Harris from DRM Marketing on November 10, 2025, as reflected in records that CLG has maintained since that date in the ordinary course of its business.

11. Based on the opt-in and consent record that CLG received regarding Tiffany Harris, and information provided to CLG by DRM Marketing, Plaintiff's contact information and consent to be contacted originated from DebtRelief's website, https://debtsrelief.shop.

12. The opt-in record that CLG received for Tiffany Harris showed that she consented to be contacted at her phone number that she provided.

13. The opt-in record further shows that Tiffany Harris input her contact information as follows:

45330 Nov 10, 2025 @ 4:06 PM

#45330

| | |
|---|---|
| Date Submitted | Nov 10, 2025 @ 4:06 PM |
| Select Your Debt Amount | $10K - $20K |
| What Can We Help You With Today | Credit Cards |
| Name | Tiffany Harris |
| Email | [redacted] |
| Phone | 205[redacted]539 |
| State | Alabama |
| Consent | checked |
| IP Address | [redacted] |
| Date | 11/10/2025 |

14. According to DebtRelief's website, a person consenting to be called includes consenting to be called at the phone number typed into the website even if that phone number was listed on a do-not-call registry:


Select Your Debt Amount *

How Much Do You Owe?

What Can We Help You With Today *

- [ ] Credit Cards
- [ ] Medical Debt
- [ ] Unsecured Loans
- [ ] Business Debt

Name *

Email *

Phone *

State *

Alabama

Consent *

- [ ] By clicking **"I Agree"** below, I provide my **express written consent** to be contacted at the phone number I provided above for **marketing and informational purposes** by **Cordoba Legal Group**, **Debt Relief**, and/or **third parties acting on their behalf**, **including even if my telephone number is listed on any state or federal Do-Not-Call (DNC) registry**.

I understand that such contact may include **calls and text messages**, which may be made using an **automatic telephone dialing system**, **artificial or prerecorded voice**, or **AI-generated voice**. I further understand that **my consent is not required as a condition of purchasing any property, goods, or services**.

Message frequency may vary. **Message and data rates may apply**. Text **HELP** for help. Reply **STOP** to unsubscribe. **Calls may be recorded and monitored for quality assurance and compliance purposes**.

By Clicking "I Agree "below, I also agree to Debt Relief's privacy policy and terms and conditions.

My IP: 2607:fb90:e612:44f4:bc16:cf83:ce38:46ba Consent Date:10:48:39 am, EDT

I AGREE

15. Tiffany Harris clicked "I AGREE" thereby manifesting agreement and consent to the Terms and Conditions and the arbitration agreement contained therein.

16. DebtRelief's website's Terms and Conditions include an arbitration agreement.

17. DebtRelief's Terms and Conditions' arbitration provision states that the agreement to arbitrate extends to companies who receive information that was typed into DebtRelief's website,, and CLG falls within that description.

18. CLG does not make out-bound calls to generate leads.

19. CLG did not call Tiffany Harris.

20. Tiffany Harris' contact information and consent to be contacted were obtained through DebtRelief's website, use of which is governed by the Terms and Conditions referenced above.

21. Exhibit A is a true and correct copy of the Excel spreadsheet containing Tiffany Harris' contact information.

22. Exhibit B is a true and correct copy of the opt-in and consent record for Tiffany Harris.

23. It is the regular practice of CLG's business to receive and maintain such records from its marketing vendors, and I am familiar with CLG's practices for receiving and maintaining these records.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2026.

Alfredo Cordoba

Alfredo Cordoba
Managing Partner, Cordoba Legal Group, PLLC

# EXHIBIT A

| Submission Time | Select Your Debt Amount | What Can We Help You With Today | Name | Email | Phone | State | Consent | IP Address | Date |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | |
| Nov 10, 2025 @ 4:06 PM | $10K - $20K | Credit Cards | Tiffany Harris | [redacted] | 205-[redacted]-1539 | Alabama | checked | [redacted] | 11/10/2025 |
| [redacted] | | | | | | | | | |



CONFIDENTIAL

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 45330 | Nov 10, 2025 @ 4:06 PM | $10K - $20K | Credit Cards | + 7 other fields |

# #45330

| | |
|---|---|
| Date Submitted | Nov 10, 2025 @ 4:06 PM |
| Select Your Debt Amount | $10K - $20K |
| What Can We Help You With Today | Credit Cards |
| Name | Tiffany Harris |
| Email | [redacted] |
| Phone | 205-[redacted]1539 |
| State | Alabama |
| Consent | checked |
| IP Address | [redacted] |
| Date | 11/10/2025 |



CONFIDENTIAL