FILED
2026 Aug-19 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HARRIS, on behalf of herself and others similarly situated, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | CIVIL ACTION NO. 26-cv-332 |
| CORDOBA LEGAL GROUP PLLC, | ) | |
| *Defendant.* | ) | |

**DECLARATION OF Jose Ramirez**
**FOR DEBTS RELIEF**

1. My name is Jose Ramirez. I make this declaration on behalf of Debts Relief.

2. I am over eighteen years of age, have never been convicted of a felony or a crime of moral turpitude, and I am competent to provide the testimony herein.

3. I am the Manager of Debts Relief, and I am the custodian of records for Debts Relief, or am otherwise familiar with and qualified to testify regarding Debts Relief's practices for creating and maintaining its business records.

4. I have personal knowledge of the matters set forth herein, including Debts Relief's practices and procedures for operating its website, obtaining and recording consumer consent, and creating, retaining, and maintaining Debts Relief's business records in the ordinary course of its business, and if called upon to testify, I could and would competently testify to the matters stated herein.

5. Debts Relief owns the website https://debtsrelief.shop.

6. People visiting https://debtsrelief.shop can enter their contact information on the first page, which appears as follows:


Select Your Debt Amount *

How Much Do You Owe?

What Can We Help You With Today *

- Credit Cards
- Medical Debt
- Unsecured Loans
- Business Debt

Name *

Email *

Phone *

State *

Alabama

Consent *

By clicking **"I Agree"** below, I provide my **express written consent** to be contacted at the phone number I provided above for **marketing and informational purposes** by **Cordoba Legal Group**, **Debt Relief**, and/or **third parties acting on their behalf, including even if my telephone number is listed on any state or federal Do-Not-Call (DNC) registry**.

I understand that such contact may include **calls and text messages**, which may be made using an **automatic telephone dialing system, artificial or prerecorded voice**, or **AI-generated voice**. I further understand that **my consent is not required as a condition of purchasing any property, goods, or services**.

Message frequency may vary. **Message and data rates may apply**. Text **HELP** for help. Reply **STOP** to unsubscribe. **Calls may be recorded and monitored for quality assurance and compliance purposes**.

By Clicking "I Agree "below, I also agree to Debt Relief's privacy policy and terms and conditions.

My IP: 2607:fb90:e612:44f4:bc16:cf83:ce38:46ba Consent Date:10:48:39 am, EDT

I AGREE

7. The "Consent" checkbox displayed on that page is not pre-checked by default, and a website visitor must take an affirmative action to check the box before he or she can submit the form.

8. On November 10, 2025, Tiffany Harris entered her contact information into that first page at https://debtsrelief.shop, checked the "Consent" box, and clicked "I AGREE," thereby agreeing to all of the terms stated on that page.

9. As stated on that page, a person consenting to be called includes consenting to be called at the phone number typed into the website even if that phone number was listed on a do-not-call registry.

10. The consent language on that page also clearly and conspicuously disclosed that, by checking the box, the website visitor authorized DebtRelief and/or its partners to contact the visitor using an automatic telephone dialing system, an artificial or prerecorded voice, and/or text message, and that such consent was not required as a condition of purchasing any property, goods, or services.

11. Debts Relief transmitted Tiffany Harris' opt-in and contact information to DRM Marketing, LLC.

12. The opt-in record for Tiffany Harris showed that she consented to be contacted at her phone number that she provided.

13. The opt-in record further shows that Tiffany Harris input her contact information as follows:

45330 Nov 10, 2025 @ 4:06 PM

**#45330**

| | |
|---|---|
| Date Submitted | Nov 10, 2025 @ 4:06 PM |
| Select Your Debt Amount | $10K - $20K |
| What Can We Help You With Today | Credit Cards |
| Name | Tiffany Harris |
| Email | [redacted] |
| Phone | 205-[redacted]1539 |
| State | Alabama |
| Consent | checked |
| IP Address | [redacted] |
| Date | 11/10/2025 |

14. By clicking "I AGREE," Tiffany Harris agreed to Debts Relief's Terms and Conditions and the arbitration agreement contained therein.

15. Debts Relief's website's Terms and Conditions include an arbitration agreement.

16. Debts Relief's Terms and Conditions' arbitration provision states that the agreement to arbitrate extends to companies who use the contact information obtained by Debts Relief, and Cordoba Legal Group, PLLC falls within that description.

17. Exhibit A is a true and correct copy of the first page of Debts Relief's website <u>https://debtsrelief.shop</u>, which I personally accessed and caused to be captured, and which accurately reflects the appearance and content of that page as it existed on November 10, 2025.

18. Exhibit B is a true and correct copy of the consent record for Tiffany Harris, which I retrieved from Debts Relief's electronic database in which such consent records are stored, and which accurately reflects the information Ms. Harris submitted through DebtRelief's website.

19. Exhibit C is a true and correct copy of Debts Relief's website's Terms and Conditions, including its arbitration agreement, as those Terms and Conditions existed and were made available to website visitors, including Tiffany Harris, on November 10, 2025.

20. Exhibits A, B, and C are true and correct copies of records that are kept by Debts Relief in the course of its regularly conducted business activity. These records were made at or near the time of the occurrence of the matters set forth in them by, or from information transmitted by, a person with knowledge of those matters, and it is the regular practice of Debts Relief's business to make and keep such records. I am familiar with Debts Relief's practices for creating and maintaining these records, and I have personal knowledge of the manner in which they were created and are maintained.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 08/04/2026

Jramirez

Jose Ramirez

Manager, Debts Relief

# EXHIBIT A



Select Your Debt Amount *

How Much Do You Owe?

What Can We Help You With Today *

- [ ] Credit Cards
- [ ] Medical Debt
- [ ] Unsecured Loans
- [ ] Business Debt

Name *

Email *

Phone *

State *

Alabama

Consent *

- [ ] By clicking **"I Agree"** below, I provide my **express written consent** to be contacted at the phone number I provided above for **marketing and informational purposes** by **Cordoba Legal Group**, **Debt Relief**, and/or **third parties acting on their behalf, including even if my telephone number is listed on any state or federal Do-Not-Call (DNC) registry**.

I understand that such contact may include **calls and text messages**, which may be made using an **automatic telephone dialing system**, **artificial or prerecorded voice**, or **AI-generated voice**. I further understand that **my consent is not required as a condition of purchasing any property, goods, or services**.

Message frequency may vary. **Message and data rates may apply**. Text **HELP** for help. Reply **STOP** to unsubscribe. **Calls may be recorded and monitored for quality assurance and compliance purposes**.

By Clicking "I Agree "below, I also agree to Debt Relief's privacy policy and terms and conditions.

My IP: 2607:fb90:e612:44f4:bc16:cf83:ce38:46ba Consent Date:10:48:39 am, EDT

I AGREE

# EXHIBIT B

45330 Nov 10, 2025 @ 4:06 PM

# #45330

| | |
|---|---|
| **Date Submitted** | Nov 10, 2025 @ 4:06 PM |
| **Select Your Debt Amount** | $10K - $20K |
| **What Can We Help You With Today** | Credit Cards |
| **Name** | Tiffany Harris |
| **Email** | [redacted] |
| **Phone** | 205[redacted]1539 |
| **State** | Alabama |
| **Consent** | checked |
| **IP Address** | [redacted] |
| **Date** | 11/10/2025 |

# EXHIBIT C

Please submit the form details to get relief from your debts

Submit the Form

DebtRelief

HOME ABOUT US SERVICES CONTACT

CONTACT FOR INFO
1 (800) 957 2686



# Welcome to Debts Relief

These terms and conditions outline the rules and regulations for the use of Debts Relief's Website.

By accessing this website we assume you accept these terms and conditions in full. Do not continue to use Debts Relief's website if you do not accept all of the terms and conditions stated on this page.

The following terminology applies to these Terms and Conditions, Privacy Statement and Disclaimer Notice and any or all Agreements: "Client", "You" and "Your" refers to you, the person accessing this website and accepting the Company's terms and conditions. "The Company", "Ourselves", "We", "Our" and "Us", refers to our Company. "Party", "Parties", or "Us", refers to both the Client and ourselves, or either the Client or ourselves. All terms refer to the offer, acceptance and consideration of payment necessary to undertake the process of our assistance to the Client in the most appropriate manner, whether by formal meetings of a fixed duration, or any other means, for the express purpose of meeting the Client's needs in respect of provision of the Company's stated services/products, in accordance with and subject to, prevailing law of United States. Any use of the above terminology or other words in the singular, plural, capitalisation and/or he/she or they, are taken as interchangeable and therefore as referring to same.

# Cookies

We employ the use of cookies. By usingDebts Relief's website you consent to the use of cookies in accordance with Debts Relief's privacy policy.

Most of the modern day interactive web sites use cookies to enable us to retrieve user details for each visit. Cookies are used in some areas of our site to enable the functionality of this area and ease of use for those people visiting. Some of our affiliate / advertising partners may also use cookies.

# License

Unless otherwise stated, Debts Relief and/or it's licensors own the intellectual property rights for all material on Debts Relief. All intellectual property rights are reserved. You may view and/or print pages from http://debtsrelief.shop for your own personal use subject to restrictions set in these terms and conditions.

You must not:

1. Republish material from https://debtsrelief.shop
2. Sell, rent or sub-license material from http://debtsrelief.shop
3. Reproduce, duplicate or copy material from http://debtsrelief.shop

Redistribute content from Debts Relief (unless content is specifically made for redistribution).

# User Comments

1. This Agreement shall begin on the date hereof.

2. Certain parts of this website offer the opportunity for users to post and exchange opinions, information, material and data (‘Comments’) in areas of the website. Debts Relief does not screen, edit, publish or review Comments prior to their appearance on the website and Comments do not reflect the views or opinions of Debts Relief, its agents or affiliates. Comments reflect the view and opinion of the person who posts such view or opinion. To the extent permitted by applicable laws Debts Relief shall not be responsible or liable for the Comments or for any loss cost, liability, damages or expenses caused and or suffered as a result of any use of and/or posting of and/or appearance of the Comments on this website.
3. Debts Relief reserves the right to monitor all Comments and to remove any Comments which it considers in its absolute discretion to be inappropriate, offensive or otherwise in breach of these Terms and Conditions.
4. You warrant and represent that:
    1. You are entitled to post the Comments on our website and have all necessary licenses and consents to do so;
    2. The Comments do not infringe any intellectual property right, including without limitation copyright, patent or trademark, or other proprietary right of any third party;
    3. The Comments do not contain any defamatory, libelous, offensive, indecent or otherwise unlawful material or material which is an invasion of privacy
    4. The Comments will not be used to solicit or promote business or custom or present commercial activities or unlawful activity.
5. You hereby grant to **Debts Relief** a non-exclusive royalty-free license to use, reproduce, edit and authorize others to use, reproduce and edit any of your Comments in any and all forms, formats or media.

# Hyperlinking to our Content

1. The following organizations may link to our Web site without prior written approval:
    1. Government agencies;
    2. Search engines;
    3. News organizations;
    4. Online directory distributors when they list us in the directory may link to our Web site in the same manner as they hyperlink to the Web sites of other listed businesses; and
    5. Systemwide Accredited Businesses except soliciting non-profit organizations, charity shopping malls, and charity fundraising groups which may not hyperlink to our Web site.
2. These organizations may link to our home page, to publications or to other Web site information so long as the link: (a) is not in any way misleading; (b) does not falsely imply sponsorship, endorsement or approval of the linking party and its products or services; and (c) fits within the context of the linking party’s site.
3. We may consider and approve in our sole discretion other link requests from the following types of organizations:
    1. commonly-known consumer and/or business information sources such as Chambers of Commerce, American Automobile Association, AARP and Consumers Union;
    2. dot.com community sites;

3. associations or other groups representing charities, including charity giving sites,
4. online directory distributors;
5. internet portals;
6. accounting, law and consulting firms whose primary clients are businesses; and
7. educational institutions and trade associations.

We will approve link requests from these organizations if we determine that: (a) the link would not reflect unfavorably on us or our accredited businesses (for example, trade associations or other organizations representing inherently suspect types of business, such as work-at-home opportunities, shall not be allowed to link); (b)the organization does not have an unsatisfactory record with us; (c) the benefit to us from the visibility associated with the hyperlink outweighs the absence of link is in the context of general resource information or is otherwise consistent with editorial content in a newsletter or similar product furthering the mission of the organization.

These organizations may link to our home page, to publications or to other Web site information so long as the link: (a) is not in any way misleading; (b) does not falsely imply sponsorship, endorsement or approval of the linking party and it products or services; and (c) fits within the context of the linking party's site.

If you are among the organizations listed in paragraph 2 above and are interested in linking to our website, you must notify us by sending an e-mail to support@debtsrelief.shop. Please include your name, your organization name, contact information (such as a phone number and/or e-mail address) as well as the URL of your site, a list of any URLs from which you intend to link to our Web site, and a list of the URL(s) on our site to which you would like to link. Allow 2-3 weeks for a response.

Approved organizations may hyperlink to our Web site as follows:

1. By use of our corporate name; or
2. By use of the uniform resource locator (Web address) being linked to; or
3. By use of any other description of our Web site or material being linked to that makes sense within the context and format of content on the linking party's site.

No use of Debts Relief's logo or other artwork will be allowed for linking absent a trademark license agreement.

# Iframes

Without prior approval and express written permission, you may not create frames around our Web pages or use other techniques that alter in any way the visual presentation or appearance of our Web site.

# Reservation of Rights

We reserve the right at any time and in its sole discretion to request that you remove all links or any particular link to our Web site. You agree to immediately remove all links to our Web site upon such request. We also reserve the right to amend these terms and conditions and its linking policy at any time. By

continuing to link to our Web site, you agree to be bound to and abide by these linking terms and conditions.

# Removal of links from our website

If you find any link on our Web site or any linked web site objectionable for any reason, you may contact us about this. We will consider requests to remove links but will have no obligation to do so or to respond directly to you.

Whilst we endeavour to ensure that the information on this website is correct, we do not warrant its completeness or accuracy; nor do we commit to ensuring that the website remains available or that the material on the website is kept up to date.

# Content Liability

We shall have no responsibility or liability for any content appearing on your Web site. You agree to indemnify and defend us against all claims arising out of or based upon your Website. No link(s) may appear on any page on your Web site or within any context containing content or materials that may be interpreted as libelous, obscene or criminal, or which infringes, otherwise violates, or advocates the infringement or other violation of, any third party rights.

# Dispute Resolution & Arbitration

The Agreement shall be treated as though it were executed and performed in the State of New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). The parties hereby agree to arbitrate all claims that may arise under the Agreement. Without limiting the foregoing, should a dispute arise between the parties including, without limitation, any matter concerning the Debts Relief Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association ("AAA") in New York, NY, in accordance with the then current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be found here. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before the AAA, in your county of residence, by filing a separate Demand for Arbitration, which is also available on the Site here. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of

competent jurisdiction. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

You agree that this arbitration agreement includes any disputes you may have against any companies that may contact you in conjunction with your use of our Site or services, and that any such companies are intended third-party beneficiaries of this arbitration agreement and may enforce it as if they were expressly named herein.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Debts Relief and/or its employees, officers, directors, members, representatives and/or assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Debts Relief incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (A) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (B) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Site.

# Disclaimer

To the maximum extent permitted by applicable law, we exclude all representations, warranties and conditions relating to our website and the use of this website (including, without limitation, any warranties implied by law in respect of satisfactory quality, fitness for purpose and/or the use of reasonable care and skill). Nothing in this disclaimer will:

1. limit or exclude our or your liability for death or personal injury resulting from negligence;
2. limit or exclude our or your liability for fraud or fraudulent misrepresentation;
3. limit any of our or your liabilities in any way that is not permitted under applicable law; or
4. exclude any of our or your liabilities that may not be excluded under applicable law.

The limitations and exclusions of liability set out in this Section and elsewhere in this disclaimer: (a) are subject to the preceding paragraph; and (b) govern all liabilities arising under the disclaimer or in relation to the subject matter of this disclaimer, including liabilities arising in contract, in tort (including negligence) and for breach of statutory duty.

To the extent that the website and the information and services on the website are provided free of charge, we will not be liable for any loss or damage of any nature.

# Credit & Contact Information

If you have any questions about these Terms, please contact us at:

Email: support@debtsrelief.shop

Home About Us Services Contact Schedule A FREE Consultation

DebtRelief

- Expert guidance tailored to your financial needs.
- Commitment to your long-term financial stability.
- Transparent communication throughout the process.

## What we are

"WE PROVIDE DEBT RELIEF OPTIONS "

"FINANCIAL FREEDOM RESOURCES"

"EMPOWERING SUPPORT FOR DEBT RELIEF"

"YOUR TRUSTED DEBT RELIEF PARTNER"

Privacy Policy

Terms and Conditions

Copyright © 2024 DebtsRelief All Rights Reserved