FILED
2026 Aug-31 PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY HARRIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORDOBA LEGAL GROUP PLLC,<br><br>Defendant. | CIVIL ACTION FILE NO. 26-cv-332 |

## DECLARATION OF TIFFANY HARRIS

I, Tiffany Harris, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. I submit this Declaration in opposition to Defendant Cordoba Legal Group PLLC's Motion to Compel Arbitration.

3. Before receiving the telephone calls at issue in this case, I had never heard of a company or website called "Debts Relief."

4. Before this lawsuit, I did not know that the website debtsrelief.shop existed.

5. I did not visit or navigate to debtsrelief.shop on November 10, 2025, or at any other time before receiving the calls at issue in this case.

6. I did not agree to Terms and Conditions on debtsrelief.shop, and I did not knowingly or intentionally agree to any arbitration provision on that website.

7. After Defendant produced information concerning the alleged website submission, I reviewed my internet search history. I searched for the Debts Relief website address and found no record of having visited that website.

8. The email address reflected in the alleged lead information produced by Defendant is not my email address. In November 2025, email addresses I used included trapn.382@gmail.com and Gigi.azul82@gmail.com.

9. During one of the recorded telephone calls, I asked the representative what email address was on file because the email address the representative had was not mine. I then provided my current email address, trapn.382@gmail.com, during that telephone call.

10. The alleged lead information states that I had between $10,000 and $20,000 in credit-card debt. I do not believe that information was accurate. I had never had credit cards with credit limits that would have allowed me to accumulate that amount of credit-card debt.

11. Other financial information that was later placed into documents concerning me was also inaccurate, including banking information and amounts attributed to my credit cards.

12. I did not authorize anyone else to submit my information to Debts Relief.

13. I did not authorize anyone else to consent on my behalf to receive telephone calls from Cordoba Legal Group PLLC.

14. I did not knowingly provide Cordoba Legal Group PLLC or Debts Relief prior consent to call me through debtsrelief.shop.

15. I have reviewed Defendant's assertion that I personally visited debtsrelief.shop, entered information into the website, checked a consent box, and clicked "I AGREE." I did not do those things.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026.

Tiffany Harris